IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| THOMAS CONLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-1135 |
| | ) | |
| PEKIN PARK DISTRICT BOARD OF COMMISSIONERS, ROBERT BLACKWELL, and CAMERON BETTIN, | ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION TO DISMISS**
**PURSUANT TO SETTLEMENT AGREEMENT**

NOW COME the Plaintiff, Thomas Conlin, by his attorneys, Hasselberg, Rock, Bell & Kuppler, and the Defendants, Pekin Park District Board of Commissioners, Robert Blackwell and Cameron Bettin, by their attorneys, Westervelt, Johnson, Nicoll & Keller, LLC, and hereby advise the Court that:

1. The Parties have previously submitted to the Court a proposed settlement agreement and release.

2. The Court approved the terms of the Settlement Agreement and Release of All Claims in a Text Order entered on December 29, 2017.

3. The Parties have fully executed the Settlement Agreement and Release of All Claims, and ask that this matter be dismissed with prejudice.

WHEREFORE, the Parties request that this Court enter an Order dismissing the Complaint, with prejudice, parties to bear their own costs, and for such other and further relief this Court deems just and appropriate.

Respectfully submitted:

| | |
|---|---|
| THOMAS CONLIN,<br>Plaintiff, | PEKIN PARK DISTRICT BOARD OF COMMISSIONERS, ROBERT BLACKWELL, AND CAMERON BETTIN,<br>Defendants, |
| By:   /s/ Dustin R. Jensen<br>Julie L. Galassi<br>Dustin R. Jensen<br>Hasselberg, Rock, Bell & Kuppler, LLP<br>Suite 200 Associated Bank Building<br>4600 North Brandywine Drive<br>Peoria, Illinois 61614-5591<br>Telephone:    (309) 688-9400<br>Facsimile:     (309) 688-9430<br>Email:          jgalassi@hrbklaw.com<br>                    djensen@hrbklaw.com | By:   /s/ Christopher J. Spanos<br>Christopher J. Spanos, ARDC# 6230317<br>Westervelt, Johnson, Nicoll & Keller, LLC<br>411 Hamilton Blvd, Suite 1400<br>Peoria, Illinois 61602<br>Telephone:    (309) 671-3550<br>Facsimile:     (309) 671-3588 Email:<br>cspanos@wjnklaw.com<br>gsrevord@wjnklaw.com |